OSCAR RAUCH, as Administrator of the Estate of RICHARD O. RAUCH, Deceased, Respondent, v. HERBERT W. KUMMER et al., Appellants, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

CARL A. REDDERBORG, Respondent, v. IRENE M. BALLARD, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action to foreclose a mechanic's lien for the amount alleged to be due for labor and material furnished by plaintiff for the construction of a building on defendant's property.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

MICHAEL A. DE VITO, Respondent, v. DOMINIC FIORENTINO, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for damages sustained by plaintiff as the result of a fire negligently caused by defendant.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

MAURICE DWORSKI, Appellant, v. REBECCA FARBER et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See ante, p. 737.]

GANNETT COMPANY, INC., Respondent, v. CHARLES H. KOPP, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ. [See ante, p. 740.]

In the Matter of RUBY C. WHITE et al., Respondents, against JOHN B. HARTNETT et al., Constituting the Board of Appeals of the Town of Perinton, Appellants.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See ante, p. 750.]

## (May 9, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PUCILLO, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of carnal abuse of child and assault.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

MERCHANTS MUTUAL CASUALTY COMPANY, Appellant, v. BETHLEHEM STEEL COMPANY, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying plaintiff's motion to vacate a notice to examine a witness before trial.) Present — Taylor, P. J., Kimball, Piper and Wheeler, JJ.